99 A.3d 782

IN THE MATTER OF RAYMOND A. OLIVER, AN ATTORNEY
AT LAW (ATTORNEY NO. 001741979).

September 9, 2014.

## ORDER

The Disciplinary Review Board having filed a certification of
Board Counsel pursuant to *Rule* 1:20–17(e)(1) reporting that
**RAYMOND A. OLIVER** of **BELVIDERE,** who was admitted to
the bar of this State in 1979, and who has been temporarily
suspended from the practice of law since February 6, 2012, has
failed to pay the administrative costs assessed in connection with
disciplinary proceedings that resulted in the imposition of disci-
pline by letter of admonition (DRB 12–232), dated September 27,
2012, and good cause appearing;

It is ORDERED that **RAYMOND A. OLIVER** be temporarily
suspended from the practice of law pending payment in full of the
assessed administrative costs and accrued interest as determined
by the Disciplinary Review Board, effective October 9, 2014, and
until further Order of the Court; provided, however, that this
Order shall be vacated automatically if, prior to the effective date
of the suspension, the Disciplinary Review Board reports that
payment in full has been made or that a satisfactory installment
payment plan is in place and current; and it is further

ORDERED that **RAYMOND A. OLIVER** continue to be re-
strained and enjoined from practicing law during the period of
suspension and that he continue to comply with *Rule* 1:20–20, until
the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a
permanent part of respondent's file as an attorney at law of this
State.